**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **JACOB BANKS**<br><br>   Plaintiff,<br><br> v.<br><br>**DISCOVER BANK, et al.**<br><br>   Defendants. | Case No. 3:21-cv-00148-WHR-PBS<br><br>**Judge Rice**<br>**Magistrate Judge Peter B. Silvain, Jr.**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT** |

  Plaintiff Jacob Banks and Defendants Discover Bank and Weltman, Weinberg & Reis Co. LPA, through Counsel, hereby STIPULATE and AGREE pursuant to Civ. R. 41(a)(2) that Plaintiff's Complaint against Defendants is hereby dismissed *with prejudice*.  Each party shall bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| /s/  Brian D. Flick, Esq.<br>Marc E. Dann (0039425)<br>Brian D. Flick (0081605)<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Telephone: 216.373.0539<br>Facsimile:  216.373.0526<br>notices@dannlaw.com<br><br>Eric A. Stamps (0071176)<br>Stamps & Stamps<br>3814 Little York Road<br>Dayton, Ohio 45414<br>Telephone:  937.898.9440<br>Facsimile:  937.890.4694<br>stampslaweric@hotmail.com<br><br>*Attorneys for Plaintiff* | /s/Jessica E. Salisbury-Cooper, Esq. (per email authority 09/21/2021)<br>Jessica E. Salisbury-Copper, Trial Attorney (#0085038)<br>THOMPSON HINE LLP<br>10050 Innovation Drive, Suite 400<br>Miamisburg, Ohio 45342<br>Telephone: 937.443.6854<br>Facsimile:  937.443.6635<br>Jessica.Salisbury-Copper@ThompsonHine.com<br><br>Kyle Hutnick (0095673)<br>THOMPSON HINE LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114<br>Telephone:  216.566.5500<br>Facsimile:  216.566.5800<br>Kyle.Hutnick@ThompsonHine.com<br><br>*Attorneys for Defendants* |

-2-

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on September 21, 2021. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Brian D. Flick, Esq.
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
*Counsel for Plaintiff*